# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT AS TRUSTEE OF THE ARLP SECURITIZATION TRUST, SERIES 2014-2, A NATIONAL BANKING ASSOCIATION,

Appellant,

vs.

VAL GRIGORIAN, AN INDIVIDUAL; AND SPRINGTIME PROPERTIES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,

Respondents.

No. 74932

**FILED**

JUN 18 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Douglas Smith, District Judge
Wright, Finlay & Zak, LLP/Las Vegas
Greene Infuso, LLP
Eighth District Court Clerk

18-23187